IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action Number 99-cr-00232-DBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TOMMY JAMES,

        Defendant.

_____

ORDER DENYING MOTION TO EXPUNGE
_____

       Upon review of the Clerk's file in this matter following the death of Judge Daniel B. Sparr, a letter from Thomas (Tommy) Jefferson James appears in the file and was docketed as a motion to expunge his criminal records. Because there is no jurisdiction to grant such relief, it is

       ORDERED that the letter, considered as a motion to expunge records, is denied.

       DATED: March 9th, 2007

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior Judge